**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 26 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EDGAR ARCHILA, Petitioner, v. MERRICK B. GARLAND, Attorney General, Respondent. | No. 19-70698 Agency No. A029-163-278 ORDER |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted December 9, 2020
San Francisco, California

Before: MURGUIA and CHRISTEN, Circuit Judges, and SESSIONS,[*] District Judge.

Respondent's motion to vacate the court's January 25, 2021, decision and to dismiss the petition for review as moot is GRANTED (Doc. 35). The memorandum disposition filed on January 25, 2021 (Doc. 33) is vacated. Petitioner's petition for review is DISMISSED as moot. Each party shall bear its own costs on appeal.

---

[*] The Honorable William K. Sessions III, United States District Judge for the District of Vermont, sitting by designation.

Petitioner's cross-motions for publication of the decision and for a restraining order are DENIED as moot (Doc. 37).

This order constitutes the mandate of this court issued. Fed. R. App. P. 41(a).